

**MARY LOU KEEL**
JUDGE 232ND DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002
(713) 755-6778

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

May 19, 2015

Bernardo Aban Tercero
TDCJ # 00999369
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Dear Mr. Tercero:

Enclosed is a copy of the trial court's Order setting your execution for August 26, 2015.

HON. MARY LOU KEEL
Presiding Judge
232nd District Court
Harris County, Texas

cc:  Joni White                        Jeremy C. Greenwell
     Assistant Director                Assistant Attorney General
     Classifications & Records Division    Attorney General's Office
     TDCJ – ID                         209 W. 14TH Street
     P. O. Box 99                      Austin, Texas  78701
     Huntsville, Texas  77342-0099

     Abel Acosta                       Don Vernay
     Clerk                             Attorney at Law
     Court of Criminal Appeals         1604 Golf Course Road SE
     P. O. Box 12308                   Rio Rancho NM 87124
     Capitol Station
     Austin, Texas  78711

     Maria Ramirez                     Lynn Hardaway
     Board of Pardons & Paroles        Assistant District Attorney
     Executive Clemency Unit           Harris County Dist. Atty.
     8610 Shoal Creek                  1201 Franklin Street
     Austin, Texas  78758              Houston, Texas  77002

                                       Joshua Reiss
                                       Harris County Dist. Atty.
                                       1201 Franklin Street
                                       Houston, Texas 77002

CAUSE NO. 762351

| STATE OF TEXAS | § | IN THE 232ND DISTRICT COURT |
| V. | § | OF |
| BERNARDO ABAN TERCERO | § | HARRIS COUNTY, TEXAS |

Original
FILED
Chris Daniel
District Clerk
MAY 19 2015
Time:_____
By_____ Harris County, Texas
_____ Deputy

## EXECUTION ORDER

This Court, having received the mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 762351-A, now enters the following Order:

IT IS HEREBY **ORDERED** that the Defendant, BERNARDO ABAN TERCERO, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas until **Wednesday, the 26th day of August, 2015**, upon which day, at the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said BERNARDO ABAN TERCERO and until the said BERNARDO ABAN TERCERO is dead, such procedure to be determined and supervised by the said Director of the Institutional Division of the Texas

1

Department of Criminal Justice.

IT IS HEREBY **ORDERED** that the Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said BERNARDO ABAN TERCERO.

IT IS HEREBY **ORDERED** that the Sheriff of Harris County, upon receipt of said Death Warrant, is to deliver said Death Warrant to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas and shall take receipt of said Death Warrant and return the receipt to the Clerk of this Court.

SIGNED AND ENTERED this __19th__ day of ____May____, 2015.

HON. MARY LOU KEEL
Presiding Judge
232nd District Court
Harris County, Texas

2